

# Fourth Court of Appeals
## San Antonio, Texas

December 17, 2018

No. 04-18-00454-CV

Charlene **MENDEZ**,
Appellant

v.

Jeremy **DELGADO**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-10408
Honorable Karen H. Pozza, Judge Presiding

# O R D E R

Appellee has filed a motion for extension of time to file his brief, requesting an extension of sixty days. Appellee's motion is GRANTED, and appellee's brief is due March 4, 2019. NO FURTHER EXTENSIONS WILL BE GRANTED.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of December, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court